# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

J.B,                                      :
                    Petitioner            :        **SEALED CASE**
                                          :
            v.                            :        No. 644 M.D. 2018
                                          :
Pennsylvania State Police,                :
                    Respondent            :


**PER CURIAM**                    **O R D E R**


      NOW, April 22, 2022, upon consideration of Petitioner's application for reargument, to which no answer was filed, the application is denied.